```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA


JOHN J. TAURO,                    )
                                  )
     Plaintiff,                   )
                                  )
          v.                      )   Civil Action No. 05-1180
                                  )   Judge Conti
YET UNNAMED DOMESTIC              )   Magistrate Judge Caiazza
RELATIONS WORKER, et al.,         )   In Re: Doc. 3
                                  )
     Defendants.                  )
```

## ORDER

AND NOW, this 4th day of October, 2005;

Defendant Ace Cash Express having filed a Motion to Dismiss (Doc. 3) with a brief in support;

IT IS HEREBY ORDERED that the Plaintiff shall be allowed until November 4, 2005, to respond to the Motion.

IT IS FURTHER ORDERED that each party shall serve upon the opposing party a copy of every pleading or other document submitted for consideration by the court and shall include on the original document filed with the Clerk of Court a certificate stating the date a true and correct copy of the pleading or document was mailed to each party.  Any pleading or other document received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a certificate of service may be disregarded by the court.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge

pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.


October 4, 2005                              s/Francis X. Caiazza
                                             Francis X. Caiazza
                                             U.S. Magistrate Judge


cc:
John J. Tauro
440 Center Ave.,#2C
Pittsburgh, PA 15229

Arnold M. Epstein, Esq.
Brennan,Robbins & Daley