IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN TAURO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-1180 |
| v. | ) | |
| | ) | Judge Flowers Conti |
| YET UNNAMED DOMESTIC | ) | Magistrate Judge Caiazza |
| RELATIONS WORKER KNOWN AS | ) | |
| WORKER ID $IATT and | ) | |
| ACE CASH EXPRESS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

The Defendant Ace Cash Express, Inc.'s Motion to Dismiss (**Doc. 3**) is hereby **DENIED**. The Plaintiff purports to state claim(s) under 42 U.S.C. § 1983. *See* Compl. (Doc. 1) at ¶ 4. The amount in controversy requirement, relied upon in the Defendant's Motion, has no application to claims involving a federal question. *See* <u>Olsen v. Atlantic Richfield Co.</u>, 1996 WL 739039, *3 (N.D. Tex. Dec. 19, 1996) ("[t]here is no amount in controversy requirement for federal question jurisdiction") (citing 28 U.S.C. § 1331).

IT IS SO ORDERED on this 9th day of November, 2005.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc:

Francis X. Caiazza
U.S. Magistrate Judge

John J. Tauro
440 Center Avenue, 2-C
Pittsburgh, PA  15229

Arnold M. Epstein, Esq.
Brennan, Robins & Daley
500 Fort Pitt Commons
445 Fort Pitt Blvd, Ste 500
Pittsburgh, PA  15219-1322